# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> G STAGE LOVE.COM INC., *et al.*, <br><br> Defendants. | Case No.: CV15-08232-CAS-ASx <br> *Hon. Christina A. Snyder Presiding* <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

/ / /

/ / /

/ / /

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

<u>SO ORDERED.</u>

Dated: February 13, 2017      By: _*[signature: Christina A. Snyder]*_
                                          HONORABLE CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE